# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 14, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

> Re: Case No. 19-1867, *Leslie Nolan v. Detroit Edison Company, et al*
> Originating Case No. : 2:18-cv-13359

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

> Sincerely yours,
>
> s/Zachary Love
> For Anthony Milton
> Case Manager

cc: Mr. Mark Bruce Blocker
    Ms. Eva T. Cantarella
    Mr. Robert P. Geller
    Mr. Christopher Kenneth Meyer
    Ms. Antoinette S. Porter
    Ms. Patricia A. Stamler

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-1867

_____

Filed: April 14, 2021

LESLIE D. NOLAN

      Plaintiff - Appellant

v.

DETROIT EDISON COMPANY; DTE ENERGY CORPORATE SERVICES, LLC; DTE ENERGY COMPANY RETIREMENT PLAN; DTE ENERGY BENEFIT PLAN ADMINISTRATION COMMITTEE; JANET POSLER; QUALIFIED PLAN APPEALS COMMITTEE; MICHAEL S. COOPER; RENEE MORAN; JEROME HOOPER

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 03/23/2021 the mandate for this case hereby issues today.

COSTS: None